June 14, 1973

## Commonwealth *v.* Bostick, Appellant.

Submitted March 19, 1973. *James T. Owens,* and *Owens & Twardowski,* for appellant; *Charles A. Klein* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Boyer, Appellant.

Submitted September 13, 1971. *D. Patrick Zimmerman,* Public Defender, for appellant; *Michael H. Ranck,* Assistant District Attorney, and *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.